■ LINDA M. SULLIVAN, Individually and as Parent and Legal Guardian of HEATHER L. SULLIVAN, an Infant, Appellant, v TOWN OF SPRINGFIELD et al., Respondents.—Appeal from an order of the Supreme Court (Harlem, J.), entered May 30, 1991 in Otsego County, which, *inter alia,* granted defendants' motions for summary judgment dismissing the complaint.

Order affirmed, without costs, upon the opinion of Justice Robert A. Harlem.

Mikoll, J. P., Yesawich Jr., Mercure, Crew III and Casey, JJ., concur. Ordered that the order is affirmed, without costs.